UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN Z DUNLAP,

Plaintiff,

v.

CAFE BUENOS AIRES,

Defendant.

Case No.  25-cv-09331-EMC

**ORDER ADOPTING R&R**

Docket No. 10

United States District Court
Northern District of California

Plaintiff Jevarien Z Dunlap, proceeding pro se, has filed suit against Defendant Café Buenos Aires, asserting that he was sexually harassed by an employee at the café.  In November 2025, Judge Tse granted Mr. Dunlap's motion to proceed in forma pauperis, *see* Docket No. 5 (order), but, in screening the complaint pursuant to 28 U.S.C. § 1915(e), found the pleading deficient.  Judge Tse gave Mr. Dunlap leave to amend.  *See* Docket No. 6 (order).  Subsequently, Judge Tse's orders were returned to the Court as undeliverable.  *See* Docket No. 7.

Now pending before the Court is a report and recommendation ("R&R") from Judge Tse.  In the R&R, Judge Tse takes note of the following:

- Under the Civil Local Rules, a party has an obligation to keep its address current with the Court, and the Court may dismiss a complaint without prejudice when (1) mail directed to a party by the Court is returned as undeliverable and (2) the Court does not receive within 60 days of the return a communication from the party indicating a current address.  *See* Civ. L.R. 3-11.

- Judge Tse's screening order was returned as undeliverable.

- More than 60 days have been passed since the screening order was returned as

undeliverable, and Mr. Dunlap has not communicated with the Court indicating a current address.

Accordingly, Judge Tse recommended that Mr. Dunlap's case be dismissed without prejudice.

A copy of the R&R was sent to Mr. Dunlap but was also returned as not deliverable. *See* Docket No. 12. Furthermore, the Court still has not received any communication from Mr. Dunlap providing a current address. Given these circumstances, the Court agrees with Judge Tse's recommendation that the instant case be dismissed without prejudice.

The Clerk of the Court is directed to enter a final judgment and close the file in the case.

This order disposes of Docket No. 10.

**IT IS SO ORDERED**.

Dated: March 26, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

2